WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'08 JAN 25 14:01 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**KEITH BAKER,**                                                         CV # 07-268-BR

         Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

         Defendant.

Attorney fees in the amount of $7,100.00 are hereby awarded to Plaintiff's attorney, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount

of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney

Wilborn's address: 19093 S. Beavercreek Road, PMB # 314, Oregon City, OR 97045.

DATED this 25ᵗʰ day of January , 2008.

_____
United States District Judge

Submitted on January 24, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1